ACCEPTED
14-15-00155-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 1:58:39 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00155-CR
No. 14-15-00156-CR
No. 14-15-00157-CR
No. 14-15-00158-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 1:58:39 PM
CHRISTOPHER A. PRINE
Clerk

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

———————◆———————

No. 1385626
No. 1385627
In the 179th District Court
Of Harris County, Texas

———————◆———————

**LARRY TORRES**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with the felon in possession of a weapon and possession of a controlled substance with intent to deliver (1 CR – 54; 2 CR – 54). The defendant pled guilty after the trial court denied his motion to suppress (1 RR 96-104; 2 CR – 95-103;

3 RR 4). The trial court sentenced him in accordance with the plea bargain to 15 years on the felon in possession and 25 years on the possession case (1 CR – 96-104; 2 CR – 96, 102-3). The appellant filed a timely notice of appeal, and the trial court certified that he had the right to appeal (1 CR – 106-8; 2 CR – 105-7). The State's brief was due on August 6, 2015. This is the State's first request for an extension. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The record in this case is over thirty megabytes in length split over eight volumes and will take some time to process.

b. This brief was not assigned to the undersigned attorney until July 14, 2015.

c. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *The State of Texas v. Charles Trahan*<br>No. 14-15-00472-CR<br>Brief Filed July 6, 2015<br>• Appellee's brief filed on July 23, 2015<br>• Read to determine if reply brief needed |
|-----|---|
| (2) | *Alfonso Malone v. The State of Texas*<br>No. 01-14-00054-CR<br>1899612<br>• Abated June 30, 2015 to located missing exhibit<br>• Prepared Findings of Fact and Conclusions of Law<br>• Hearing on July 17, 2015 regarding the missing exhibit and the findings |

| (3) | *Gerardo Tapia-Lopez v. The State of Texas*<br>No. 01-14-01016-CR<br>Brief Filed July 22, 2015 |
|-----|-----|
| (4) | *The State of Texas v. Charles Trahan*<br>County Court At Law No. 4<br>1974704<br>Brief Filed July 6, 2015<br>• Assisted trial prosecutor in Motion for New Trial<br>• Preparing for State's appeal<br>• Filed Notice of Appeal May 11, 2015<br>• Assigned to the Fourteenth Court of Appeals on May 20, 2015 |
| (5) | *Jeremy Howard v. The State of Texas*<br>No. 01-14-00911-CR<br>Brief Filed July 31, 2015 |

d. The undersigned attorney was involved in preparing an hour long presentation for the TDCAA Prosecutor's Skills Course to be presented on July 21, 2015.

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a thirty day extension of time for the undersigned attorney to complete and file the State's appellate brief in this case

Respectfully submitted,

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Allen C. Isbell
2016 Main St., Suite 110
Houston, TX 77002
713-236-1000
713-236-1809/f
allenisbell@sbcglobal.net

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date:  August 6, 2015